**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
RODNEY STEADMAN,

                   Plaintiff,                             20 **CIVIL** 01005 (CM)

        -against-                                   **JUDGMENT**

GOVERNMENT EMPLOYEES INSURANCE
COMPANY,

                   Defendant.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Findings of Fact, Conclusion of Law constitute a "written opinion" dated

December 2, 2020, the verdict on the negligence claim is for Geico, the Defendant, the claim is

dismissed, with costs to the Defendant, and the case is closed.


**Dated:**  New York, New York
          December 2, 2020




                                          **RUBY J. KRAJICK**
                                    _____
                                     **Clerk of Court**
         **BY:**
                                       **Deputy Clerk**