UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
RODNEY STEADMAN,

                         Plaintiff,

-against-

GOVERNMENT EMPLOYEES INSURANCE
COMPANY,

                         Defendant.
-------------------------------------------------------------------x

*Docket No.: 20cv1005*

*STIPULATION OF DISCONTINUANCE WITH PREJUDICE*

SIRS:

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservator and no person not to a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, without costs to any party as against the other. This stipulation may be filed with the Clerk of the Court without further notice.

      This Stipulation may be signed in counterparts.

Dated:      Brooklyn, New York
               December 3, 2020

_____
KOENIGSBERG & ASSOCIATES, P. C.
Attorneys for Plaintiff
1213 Avenue U
Brooklyn, New York 11229
( 718 ) 336-2003

_____
SCAHILL LAW GROUP, P.C.
Attorneys for Defendant
GOVERNMENT EMPLOYEES INSURANCE COMPANY
1065 Stewart Avenue, Suite 210
Bethpage, NY 11714
(516) 294-5200
Fax (516) 873-6229